WESTWAY OPERATING CO. INC., Appellant, v. HARRY BRANDT et al., Respondents.— Order unanimously modified so as to grant items A18 and 20, B13, C18 and D17 and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

DAVID MAVITY, Appellant, v. HARRY BRANDT et al., Respondents.— Order unanimously modified so as to grant, in addition to the items already allowed, items A18 and 20, B13, C18 and D17 and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

JACOB B. WOLFE, Appellant, v. FLORA G. SARKISIAN, as Executrix of DICKRAN M. SARKISIAN, Deceased, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for an order directing the defendant-respondent and Jacob Fogelson, Esq. to submit to examination granted. The executrix should, of course, be examined only concerning such matters, if any, as are within her knowledge as executrix. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

DAVE BLOCK, Respondent, v. JACK MORANTZ et al., Doing Business as JACK'S WHOLESALE MEAT MARKET, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

THERESA CAPLAN, Appellant, v. MAX S. GOLDMAN et al., Respondents.— Determination unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [197 Misc. 404.]

BERTHA BRUSENSKY, Respondent, v. JOE BRUSENSKY, Appellant.— Order unanimously reversed, without costs, and the motion denied. The parties are directed to proceed to immediate trial. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

ALMA RAND, Appellant, v. MORRIS RAND, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

ALMA RAND, Appellant, v. MORRIS RAND, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.